No. 02–7992. OUSLEY v. WARD, DIRECTOR, OKLAHOMA DE-
PARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 02–7994. PERDUE v. KENTUCKY. Sup. Ct. Ky. Certiorari
denied.

No. 02–8000. CONRAD v. ROBINSON, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 02–8002. CUMMINGS v. NORTH CAROLINA. Sup. Ct. N. C.
Certiorari denied.

No. 02–8003. ARVILLE v. CAIN, WARDEN. C. A. 5th Cir.
Certiorari denied.

No. 02–8005. SMITHERS v. FLORIDA. Sup. Ct. Fla. Certio-
rari denied.

No. 02–8007. WILLIAMS v. LOUISIANA. Sup. Ct. La. Certio-
rari denied.

No. 02–8008. SHELTON v. PALMATEER, SUPERINTENDENT,
COFFEE CREEK CORRECTIONAL FACILITY. C. A. 9th Cir. Cer-
tiorari denied.

No. 02–8009. NETTLES v. KELLY, SUPERINTENDENT, CENTRAL
MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certio-
rari denied.

No. 02–8016. BEAVERS v. WARD, DIRECTOR, OKLAHOMA DE-
PARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 02–8019. BELLE v. VARNER, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d
Cir. Certiorari denied.

No. 02–8021. FORTSON v. DEPARTMENT OF JUSTICE ET AL.
C. A. 11th Cir. Certiorari denied.

No. 02–8023. STEARMAN v. ILLINOIS. App. Ct. Ill., 1st Dist.
Certiorari denied.